AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BILLY BEASLEY,

          Plaintiff,

v.

UNITED STATES OF AMERICA; UNITED STATES FOREST SERVICE, agency of U.S. DEPT. OF AGRICULTURE,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-3136-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction is granted and this action is Dismissed With Prejudice. Judgment is entered in favor of Defendants.

May 1, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson